9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

3732 Palisades Boulevard, Ypsilanti, Michigan 48197

**SEARCH WARRANT**

NANCY G. EDMUNDS

CASE NUMBER: 06X50861 A

TO: Any Authorized Officer of the United States

Affidavit(s) having been made before me by F.B.I. Special Agent Fredric Sandler who has reason to believe that ❑ on the person of or ❑ on the property or premises known as (name, description and/or location):

**SEE ATTACHMENT "A"**

in the Eastern District of Michigan, Southern Division, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "B"**

FILED SEP 20 2006 CLERK'S OFFICE DETROIT

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before September 25, 2006 (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Donald A. Scheer, United States Magistrate Judge, as required by law.

September 15, 2006 at 1:56 pm at Detroit, Michigan
Date/Time Issued

**Honorable DONALD A. SCHEER**
**United States Magistrate Judge**

Donald A. Scheer
**Signature of Judicial Officer**

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 09/15/2006 | 09/18/2006 @ 0900 | Srood Mohammad |

INVENTORY MADE IN THE PRESENCE OF Srood Mohammad, SA Robert Getschman, SA Monica Garcia, SA David A. Banach

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

☑ INVENTORY ATTACHED

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] 9/20/06

Date

des 9/15/06

# ATTACHMENT "A"

## DESCRIPTION OF PREMISES TO BE SEARCHED

3732 Palisades Boulevard, Ypsilanti, Michigan (the "Subject Premises") is described as a two story residential dwelling, with beige siding on the side of the Subject Premises and light beige brick on the front of the Subject Premises. The roof of the Subject Premises is red shingled. There is a bay window on the Subject Premises, facing Palisades Boulevard. The Subject Premises is two houses south of a cul-de-sac. The Subject Premises has a front door with no screen. There are houses on both sides of the Subject Premises. The Subject Premises has a beige, attached two car garage. The back of the Subject Premises has a porch.

DAB
9/15/06

# ATTACHMENT "B"

## DESCRIPTION OF ITEMS TO BE SEIZED

For the period January 1, 1995 through the present:

1. Books, receipts, bank statements and records, deposit slips, withdrawal slips and canceled checks for any and all accounts of Life for Relief and Development ("LRD"), Focus on American & Arab Interests & Relations and/or Focus on Advocacy & Advancement of International Relations, Inc. ("FAAIR"), Khalil Jassemm or the Iraqi Islamic Party, including all funds on deposit such as certificates of deposit, money market accounts, negotiable order of withdrawal accounts, ATM/debit cards, code numbers or related records of deposits and withdrawals, bank bags, and bank safety deposit box records and keys;

2. Books, records, receipts, bank statements and records, money drafts, letters of credit, money orders and cashiers' checks (and receipts for same) and bank checks, passbooks, wire transfers and other items evidencing the obtaining, secreting, transfer and/or concealment of assets, and the obtaining, secreting, transfer, concealment and/or expenditure of money by LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari, Mujahid Al-Fayyad or the Iraqi Islamic Party;

3. Documents showing the receipt or disbursement by LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari, Mujahid Al-Fayyad or the Iraqi Islamic Party of cash, cashiers' checks, or other negotiable instruments, including receipts, notes, bank statements, cancelled checks, wire transfer records, passbooks, currency, money drafts, letters of credit, money orders and cashiers' checks and receipts, invoices, safe deposit box keys, and records of commercial storage, locker keys and corresponding records;

4. All personal financial statements, contract bids, proposals, closing statements, warranty deeds of trust, release deeds, trust deeds, escrow files, title files, insurance records, appraisal records, mortgage records or other documentation supporting conveyances and/or ownership of properties by LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari or Mujahid Al-Fayyad;

5. All documents, records, and correspondence related to fund-raising activity conducted by Life for Relief and Development ("LRD"), including schedules of events and fund-raisers, DVDs, videotapes, compact discs, audio recordings, documentation of expenses and income, expense reports, lists of donors, employment records of staff members and contract employees, and documentation related to the disposition of funds obtained through fund-raising activity;

6. All documents, records, and correspondence related to activity conducted by Focus on American & Arab Interests & Relations and/or Focus on Advocacy & Advancement of International Relations, Inc. ("FAAIR"), including schedules of events, DVDs, videotapes, compact discs, audio recordings, documentation of expenses and income, expense reports, lists of donors, employment records of staff members and contract employees, and documentation related to the disposition of funds obtained through activity;

7. Currency, both United States and foreign;

8. Cashiers' checks or money orders;

9. All correspondence, notes, e-mails, facsimiles and other documents and records related to the Iraqi Islamic Party, the Iraqi Accord Front, the Al-Tawafuq Front, the Islamic Relief Agency, the Islamic African Relief Agency or Human Appeal International;

10. Records reflecting cellular telephone tolls and records of long distance telephone calls;

11. Address and/or telephone books, rolodexes, and any papers reflecting names, addresses, telephone numbers, pager numbers, and fax numbers of donors, the above-listed entities and individuals and/or their entities and their associates;

12. All bank account statements, ledgers, lists, notes, e-mails, facsimiles, receipts, address books, personal diaries, credit card documents, correspondence and other documents and records related to the transfer of funds to Iraq;

13. All bank account statements, ledgers, lists, notes, e-mails, facsimiles, receipts, address books, personal diaries, credit card documents, correspondence and other documents and records related to the transfer of funds to Jordan;

14. All federal income tax returns, Forms 1023, 990 and W-2, and tax return information related to LRD;

15. All correspondence, supporting work papers, summary sheets, notes, e-mails, analyses used in the preparation of tax returns, and other documents and records related to income tax returns and tax return information related to LRD;

16. All federal income tax returns, Forms 1023, 990 and W-2, and tax return information related to Khalil Jassemm;

17. All correspondence, supporting work papers, summary sheets, notes, e-mails,

analyses used in the preparation of tax returns, and other documents and records related to income tax returns and tax return information related to Khalil Jassemm;

18. All federal income tax returns, Forms 1023, 990 and W-2, and tax return information related to FAAIR;

19. All correspondence, supporting work papers, summary sheets, notes, e-mails, analyses used in the preparation of tax returns, and other documents and records related to income tax returns and tax return information related to FAAIR;

20. Computers or computer equipment including central processing units, circuit boards, external and internal drives, external and internal storage equipment or media, computer peripheral devices attached or unattached to the computer including computer monitors, printers, keyboards, modems or other physical devices which serve to transmit information to or receive information from a computer. computerized data storage devices, including data stored on hard disks or floppy disks, computer printers or computer programs, computer or data processing software or data, including: hard disks, floppy disks, CD-ROMs, Zip disks, modems and magnetic tapes which could contain or be used to transmit or store any of the foregoing records, documents, and materials;

21. Documents that serve the purpose of explaining the way the computer hardware, programs, and data are used, including manuals and passwords;

22. The terms "records," "documents," and "materials" include all of the foregoing items of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created or stored, including (but not limited to) the originals and all non-identical copies thereof, whether difference from the original by reason of any notation made on such copies or otherwise, any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form, (such as phonograph records, printing, or typing); any electrical, electronic, or magnetic form (such as tape recordings, cassettes, compact discs, or any information on an electronic or magnetic storage device, such as floppy diskettes, hard disks, backup tapes, CD-ROMs, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as printouts or readouts from any magnetic storage device).

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-91740

On (date) 09/18/2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) SROOD MOHAMMAD

(Street Address) 3732 PALISADES BLVD

(City) PITTSFIELD TWP, MI (YPSILANTI)

Description of Item(s):

FIRST FLOOR OFFICE (A)

A-1 CASSETTE TAPES

A-2 NOTE PADS WITH PHONE NUMBERS

A-3 CD/DVD/MEMORY CARD

A-4 NOTEBOOKS WITH TELEPHONE NUMBERS

A-5 COMPUTER CPU, SER H3FN331, DELL DIMENSION 4600

A-6 FAX MACHINE SER 5HCBB901005, PANASONIC MODEL KXFHD331

A-7 MISC RECORDS, FINANCIAL, TELEPHONE, BUSINESS + REALESTATE + TAXES (2 BOXES)

A-8 BUSINESS CARDS FROM DESK

A-9 LETTERS FROM SUITCASE

Received By: [signature] SA FBI (Signature)

Received From: ______ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-91740

On (date) 09/18/2006

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) SROOD MOHAMMAD
(Street Address) 3732 PALISADES BLVD
(City) PITTSFIELD TWP, MI (YPSILANTI)

Description of Item(s):

KITCHEN AREA (C)
C-1 CHECKBOOKS
C-2 MISC DOCUMENTS
C-3 BUSINESS CARDS, ELECTRONIC DEVICE, ADDRESS BOOK
MISC DOCUMENTS (KITCHEN DRAWER - 2ND FROM LEFT
C-4 ADDRESS BOOKS, ~~CD~~, BUSINESS CARDS, AUDIO TAPES
C-4a-CD (KITCHEN DRAWER - 1ST FROM LEFT
LAUNDRY ROOM (D)
D-1 COMERICA WIRE TRANSFER & NOTE
LIVING ROOM - N/W CORNER - TV ROOM (E)
E-1 NOTEBOOKS, BUSINESS CARDS ~~CDs~~, ADDRESSES
E-1a-CDs (BROWN DESK)
E-2 VHS TAPES, AUDIO TAPES
FAMILY ROOM / DINING AREA (F)
F-1 PAPERS, ~~[illegible]~~, AMEX STATEMENTS
INSURANCE PAPERS (CHINA CABINET)
F-2 $320.00 US CURRENCY, 2 UN-NEGOTIATED CHECKS
$1,000 - & 500 - (CHINA CABINET)
F-3 MISC PAPERS - MUSLIM COMMUNITY ASSOC RECEIPT ($500

Received By: [signature] SA 7[illegible] (Signature)  Received From: ________ (Signature)

Page ___ of ___

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-91740

On (date) 09/18/2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) SROOD MOHAMMAD
(Street Address) 3732 PALISADES BLVD
(City) PITTSFIELD TWP, MI (YPSILANTI)

Description of Item(s):

IRAQ EMBASSY LETTER, LIFE FOR RELIEF & DEVELOPMENT RECEIPT, DONATION RECEIPT, BUSINESS CARDS DOUBLE TREE RECEIPTS (CHINA CABINET)

BASEMENT (G)
G-1 HIDAYA MOSQUE SITE PLAN APPROVAL

MASTER BEDROOM (M)
M-1 $1080.00 (ALL 20 DOLLAR BILLS) (54 X 20 = 1080 -)
M-2 BRIEFCASE W/MISC. DOCUMENTS + PASSPORTS & BANK ACCT INFO
M-3 DOCUMENTS REGARDING "ANTI-TERRORIST FINANCING GUIDELINES FOR US BASED CHARITIES
~~M-4 BRIEFCASE~~

KIDS BEDROOM (N) (BUNK BEDS)
N-1 CASSETTE TAPE "FERRO EXTRA"

VAN 1997 CHEVROLET ASTROVAN WGN566/MICH
T-1 CD & 3 AUDIO CASSETTES

Received By: Robert J. [illegible] SA 1731 (Signature)
Received From: ____________ (Signature)