7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

13530 Michigan Avenue #325, Dearborn, Michigan 48126

**SEARCH WARRANT**

NANCY G. EDMUNDS

CASE NUMBER: 06X50861B

TO: Any Authorized Officer of the United States

Affidavit(s) having been made before me by F.B.I. Special Agent Fredric Sandler who has reason to believe that ❑ on the person of or ❑ on the property or premises known as (name, description and/or location):

**SEE ATTACHMENT "A"**

in the Eastern District of Michigan, Southern Division, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "B"**

FILED
SEP 20 2006
CLERK'S OFFICE
DETROIT

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before September 25, 2006 (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Donald A. Scheer, United States Magistrate Judge, as required by law.

September 15, 2006 at 1:46pm
Date/Time Issued

at Detroit, Michigan

**Honorable DONALD A. SCHEER**
**United States Magistrate Judge**

Donald A. Scheer
**Signature of Judicial Officer**

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/15/2006 | 9/18/2006 10:27 AM | warrant and receipt left at premises. Warrant also given to Scott Harrison, Property Manager |

INVENTORY MADE IN THE PRESENCE OF Ron Duquette, Gary Francis SA, Larry O'Connor, Milan Sucevic, Tim Simmons, Jessica Blaschke (IPS), Rob Bell (IPS)

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

☒ INVENTORY ATTACHED

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Gary A. Francis

Subscribed, sworn to, and returned before me this date.

Michael ... [signature]

9/20/06

**Date**

dg
9/15/06

## ATTACHMENT "A"

DESCRIPTION OF PREMISES TO BE SEARCHED

13530 Michigan Avenue #325, Dearborn, Michigan (the "Subject Premises") is located in a beige office building with three floors. Ths Subject Premises is a suite on the third floor of the building. The building has glass windows on the first floor that surround the building. On the Michigan Avenue side of the building, there is a main entrance glass door with writing above it stating "Historic Schaefer Building." The second and third floors of the building have small rectangular windows. The entrance to the Subject Premises is off of Schaefer Avenue. The entrance is a glass door with writing stating "the entrance serves third floor tenants only." Above the entrance on Schaefer Avenue is a sign saying "J.H. Schaefer Building." The building is on Michigan Avenue between Schaefer Avenue and Calhoun Street.

9/15/06

**ATTACHMENT "B"**

DESCRIPTION OF ITEMS TO BE SEIZED

For the period January 1, 1995 through the present:

1. Books, receipts, bank statements and records, deposit slips, withdrawal slips and canceled checks for any and all accounts of Life for Relief and Development ("LRD"), Focus on American & Arab Interests & Relations and/or Focus on Advocacy & Advancement of International Relations, Inc. ("FAAIR"), Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari, Mujahid Al-Fayyad or the Iraqi Islamic Party, including all funds on deposit such as certificates of deposit, money market accounts, negotiable order of withdrawal accounts, ATM/debit cards, code numbers or related records of deposits and withdrawals, bank bags, and bank safety deposit box records and keys;

2. Books, records, receipts, bank statements and records, money drafts, letters of credit, money orders and cashiers' checks (and receipts for same) and bank checks, passbooks, wire transfers and other items evidencing the obtaining, secreting, transfer and/or concealment of assets, and the obtaining, secreting, transfer, concealment and/or expenditure of money by LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari, Mujahid Al-Fayyad or the Iraqi Islamic Party;

3. Documents showing the receipt or disbursement by LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari, Mujahid Al-Fayyad or the Iraqi Islamic Party, of cash, cashiers' checks, or other negotiable instruments, including receipts, notes, bank statements, cancelled checks, wire transfer records, passbooks, currency, money drafts, letters of credit, money orders and cashiers' checks and receipts, invoices, safe deposit box keys, and records of commercial storage, locker keys and corresponding records;

4. General journals, cash receipt journals, cash disbursement journals of LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari or Mujahid Al-Fayyad;

5. General ledgers and subsidiary ledgers, including notes receivables, accounts receivables, accounts payable, notes payable, adjusting journals and closing ledgers of LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari or Mujahid Al-Fayyad;

6. All documents, records, and correspondence related to fund-raising activity conducted by Life for Relief and Development ("LRD"), including schedules of events and fund-raisers, DVDs, videotapes, compact discs, audio recordings, documentation of expenses and income, expense reports, lists of donors, employment

DAL 9/15/06

records of staff members and contract employees, and documentation related to the disposition of funds obtained through fund-raising activity;

7. All documents, records, and correspondence related to activity conducted by Focus on American & Arab Interests & Relations and/or Focus on Advocacy & Advancement of International Relations, Inc. ("FAAIR"), including schedules of events, DVDs, videotapes, compact discs, audio recordings, documentation of expenses and income, expense reports, lists of donors, employment records of staff members and contract employees, and documentation related to the disposition of funds obtained through activity;

8. All correspondence, notes, e-mails, facsimiles and other documents and records related to the Iraqi Islamic Party, the Iraqi Accord Front or the Al-Tawafuq Front;

9. Records reflecting cellular telephone tolls and records of long distance telephone calls;

10. Address and/or telephone books, rolodexes, and any papers reflecting names, addresses, telephone numbers, pager numbers, and fax numbers of the above-listed entities and individuals and/or their entities and their associates;

11. All federal income tax returns, Forms 1023, 990 and W-2, and tax return information related to FAAIR;

12. All correspondence, supporting work papers, summary sheets, notes, e-mails, analyses used in the preparation of tax returns, and other documents and records related to income tax returns and tax return information related to FAAIR;

13. Computers or computer equipment including central processing units, circuit boards, external and internal drives, external and internal storage equipment or media, computer peripheral devices attached or unattached to the computer including computer monitors, printers, keyboards, modems or other physical devices which serve to transmit information to or receive information from a computer. computerized data storage devices, including data stored on hard disks or floppy disks, computer printers or computer programs, computer or data processing software or data, including: hard disks, floppy disks, CD-ROMs, Zip disks, modems and magnetic tapes which could contain or be used to transmit or store any of the foregoing records, documents, and materials;

14. Documents that serve the purpose of explaining the way the computer hardware, programs, and data are used, including manuals and passwords;

15. The terms "records," "documents," and "materials" include all of the foregoing items

9/15/06

of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created or stored, including (but not limited to) the originals and all non-identical copies thereof, whether difference from the original by reason of any notation made on such copies or otherwise, any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form, (such as phonograph records, printing, or typing); any electrical, electronic, or magnetic form (such as tape recordings, cassettes, compact discs, or any information on an electronic or magnetic storage device, such as floppy diskettes, hard disks, backup tapes, CD-ROMs, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as printouts or readouts from any magnetic storage device).

597 (Rev 8-11-94)

Page 1 of 1

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-86856

On (date) 9/18/06

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) MUTHANNA AL-HANOOTI (FAAIR)

(Street Address) 13530 MICHIGAN AVE.

(City) DEARBORN, MI

Description of Item(s):

- MISCELLANEOUS DOCUMENTS
- SEAGATE EXT. HARD DRIVE, SER. #3KWØE9AX
- DAILY PLANNER
- BUSINESS CARDS
- PHOTOGRAPHS, NUMEROUS
- BROWN LEATHER WALLET
- COMPUTER DISKS
- UAE CURRENCY, AMOUNT UNKNOWN
- COMERICA BANK CHECKS
- NUMEROUS CREDIT CARDS
- VIDEOTAPES
- ~~BOOKS~~ P.M.
- CASSETTE TAPES
- BLACK WALLET

NOTHING FOLLOWS

Received By: Pamela A. Matson (Signature)

Received From: ______ (Signature)