15

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

17300 West Ten Mile Road, Southfield, Michigan 48075

NANCY G. EDMUNDS
**SEARCH WARRANT**

06X50861 C

**CASE NUMBER:**

TO: Any Authorized Officer of the United States

Affidavit(s) having been made before me by F.B.I. Special Agent Fredric Sandler who has reason to believe that ❑ on the person of or ❑ on the property or premises known as (name, description and/or location):

**SEE ATTACHMENT "A"**

in the Eastern District of Michigan, Southern Division, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "B"**

FILED
SEP 20 2006
CLERK'S OFFICE
DETROIT

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before September 25, 2006 (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Donald A. Scheer, United States Magistrate Judge, as required by law.

September 15, 2006 at 1:53 pm at Detroit, Michigan
Date/Time Issued

**Honorable DONALD A. SCHEER**
**United States Magistrate Judge**

Donald A. Scheer
**Signature of Judicial Officer**

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 09/15/2006 | 09/18/2006 @ 0900 | Khalil Jassemm |

INVENTORY MADE IN THE PRESENCE OF Khalil Jassemm, SA Michael Reigle, SA Maryann Manescu, SA Fredric Sandler

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

☑ INVENTORY ATTACHED

## CERTIFICATION

*I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.*

[signature]

*Subscribed, sworn to, and returned before me this date.*

[signature] 9/20/06

**Date**

DAL 9/15/06

**ATTACHMENT "A"**

DESCRIPTION OF PREMISES TO BE SEARCHED

17300 West Ten Mile Road, Southfield, Michigan (the "Subject Premises") is a two story, stand-alone building. The Subject Premises is located on West Ten Mile Road between Greenfield Road and Southfield Road in Southfield, Michigan. The Subject Premises has red wood siding and is comprised of white brick. There are other office buildings on the block. The entrance to the Subject Premises is in the back of the building. The words "Life for Relief and Development" are written in yellow letters on the Subject Premises. There are two satellite dishes on the southeast corner of the Subject Premises. The interior of the Subject Premises consists of numerous small offices on the first and second floor, with a conference room on the first floor.

DAL 9/15/06

**ATTACHMENT "B"**

DESCRIPTION OF ITEMS TO BE SEIZED

For the period January 1, 1995 through the present:

1. Books, receipts, bank statements and records, deposit slips, withdrawal slips and canceled checks for any and all accounts of Life for Relief and Development ("LRD"), Focus on American & Arab Interests & Relations and/or Focus on Advocacy & Advancement of International Relations, Inc. ("FAAIR"), Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari, Mujahid Al-Fayyad or the Iraqi Islamic Party, including all funds on deposit such as certificates of deposit, money market accounts, negotiable order of withdrawal accounts, ATM/debit cards, code numbers or related records of deposits and withdrawals, bank bags, and bank safety deposit box records and keys;

2. Books, records, receipts, bank statements and records, money drafts, letters of credit, money orders and cashiers' checks (and receipts for same) and bank checks, passbooks, wire transfers and other items evidencing the obtaining, secreting, transfer and/or concealment of assets, and the obtaining, secreting, transfer, concealment and/or expenditure of money by LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari, Mujahid Al-Fayyad or the Iraqi Islamic Party;

3. Documents showing the receipt or disbursement by LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari, Mujahid Al-Fayyad or the Iraqi Islamic Party, of cash, cashiers' checks, or other negotiable instruments, including receipts, notes, bank statements, cancelled checks, wire transfer records, passbooks, currency, money drafts, letters of credit, money orders and cashiers' checks and receipts, invoices, safe deposit box keys, and records of commercial storage, locker keys and corresponding records;

4. General journals, cash receipt journals, cash disbursement journals of LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari or Mujahid Al-Fayyad;

5. General ledgers and subsidiary ledgers of LRD, FAAIR, Khalil Jassemm, Muthanna Al-Hanooti, Mohammad Alomari or Mujahid Al-Fayyad, including notes receivables, accounts receivables, accounts payable, notes payable, adjusting journals and closing ledgers;

6. All documents, records, and correspondence related to fund-raising activity conducted by Life for Relief and Development ("LRD"), including schedules of events and fund-raisers, DVDs, videotapes, compact discs, audio recordings, documentation of expenses and income, expense reports, lists of donors, employment

records of staff members and contract employees, and documentation related to the disposition of funds obtained through fund-raising activity;

7. All documents, records, and correspondence related to activity conducted by Focus on American & Arab Interests & Relations and/or Focus on Advocacy & Advancement of International Relations, Inc. ("FAAIR"), including schedules of events, DVDs, videotapes, compact discs, audio recordings, documentation of expenses and income, expense reports, lists of donors, employment records of staff members and contract employees, and documentation related to the disposition of funds obtained through activity;

8. Currency, both United States and foreign;

9. Cashiers' checks or money orders;

10. All correspondence, notes, e-mails, facsimiles and other documents and records related to the Iraqi Islamic Party, the Iraqi Accord Front, the Al-Tawafuq Front, the Islamic Relief Agency, the Islamic African Relief Agency or Human Appeal International;

11. Records reflecting cellular telephone tolls and records of long distance telephone calls;

12. Address and/or telephone books, rolodexes, and any papers reflecting names, addresses, telephone numbers, pager numbers, and fax numbers of donors, the above-listed entities and individuals and/or their entities and their associates;

13. All bank account statements, ledgers, lists, notes, e-mails, facsimiles, receipts, address books, personal diaries, credit card documents, correspondence and other documents and records related to the transfer of funds to Iraq;

14. All bank account statements, ledgers, lists, notes, e-mails, facsimiles, receipts, address books, personal diaries, credit card documents, correspondence and other documents and records related to the transfer of funds to Jordan;

15. All federal income tax returns, Forms 1023, 990 and W-2, and tax return information related to LRD;

16. All correspondence, supporting work papers, summary sheets, notes, e-mails, analyses used in the preparation of tax returns, and other documents and records related to income tax returns and tax return information related to LRD;

17. All federal income tax returns, Forms 1023, 990 and W-2, and tax return information

related to Khalil Jassemm;

18. All correspondence, supporting work papers, summary sheets, notes, e-mails, analyses used in the preparation of tax returns, and other documents and records related to income tax returns and tax return information related to Khalil Jassemm;

19. All federal income tax returns, Forms 1023, 990 and W-2, and tax return information related to FAAIR;

20. All correspondence, supporting work papers, summary sheets, notes, e-mails, analyses used in the preparation of tax returns, and other documents and records related to income tax returns and tax return information related to FAAIR;

21. Computers or computer equipment including central processing units, circuit boards, external and internal drives, external and internal storage equipment or media, computer peripheral devices attached or unattached to the computer including computer monitors, printers, keyboards, modems or other physical devices which serve to transmit information to or receive information from a computer. computerized data storage devices, including data stored on hard disks or floppy disks, computer printers or computer programs, computer or data processing software or data, including: hard disks, floppy disks, CD-ROMs, Zip disks, modems and magnetic tapes which could contain or be used to transmit or store any of the foregoing records, documents, and materials;

22. Documents that serve the purpose of explaining the way the computer hardware, programs, and data are used, including manuals and passwords;

23. The terms "records," "documents," and "materials" include all of the foregoing items of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created or stored, including (but not limited to) the originals and all non-identical copies thereof, whether difference from the original by reason of any notation made on such copies or otherwise, any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form, (such as phonograph records, printing, or typing); any electrical, electronic, or magnetic form (such as tape recordings, cassettes, compact discs, or any information on an electronic or magnetic storage device, such as floppy diskettes, hard disks, backup tapes, CD-ROMs, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as printouts or readouts from any magnetic storage device).

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
**Receipt for Property Received/Returned/Released/Seized**

File # 315E-DE-92100

On (date) 09/18/2006

item(s) listed below were:
- [X] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name)

(Street Address) 17300 West 10 Mile Road

(City) Southfield, MI

Description of Item(s): #1 - 1 Box - Orphan Files; #2 - 1 Box Orphan Files; #3 - 1 Box - Orphan Files; #4 - Envelope - Iraq Documents; #5 - Envelope, Handwritten Notebook; #6 - 1 Box - Old Documents; #7 - 1 Box - Labeled Folders; #8 - Credit Donation Receipts; #9 - 1 Box - Photos & Documentaries; #10 - 1 Box - Photos & Trip Documents; #11 - 1 Box - Misc Notes & Cards; #12 - 1 Box - Orphan Files; #13 - 1 Box - Orphan Files; #14 - 1 Box - Mailing List Survey Info; #15 - 1 Box - Program Literature; #16 - 1 Box - Donation Files; #17 - 1 Box - Program Info; #18 - 1 Box - Photos of Food Proj; #19 - 1 Envelope - VHS; #20 - 1 Envelope - VHS Tape "Iraq"; #21 - 1 Envelope - VHS Tape "Top Secret"; #22 - 1 Envelope - VHS Tape "Hot Point"; #23 - 1 Bag - Floppy Disks; #24 - 1 Envelope - Notepad Phone List; #25 - 1 Envelope - Floppy Disks; #26 - 1 Envelope - Floppy Disks; #27 - 1 Box - Orphan Program Files; #28 - 1 Box - Folders w/ Email; #29 - 1 Box - Misc Videotapes; #30 - 1 Box - Binders w/ Memos; #31 - 1 Box - Info on Various Charities

Received By: ______________________ (Signature)

Received From: ______________________ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-92100

On (date) SEPTEMBER 18, 2006

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 17300 W. 10 MILE RD

(City) SOUTHFIELD, MICHIGAN

Description of Item(s): 32 - 1 Box - VIDEOS
33 - BOX - PHOTOS OF TRIPS
34 - BOX - PHOTOS, FILES, DOCS TRIPS
35 - BOX - MISC NOTES, PAMPHLETS
36 - BOX - VIDEOS
37 - BOX - VIDEOS
38 - BOX - VIDEOS
39 - BOX - VIDEOS
40 - BOX - VIDEOS
41 - BOX - PROJ FILES / FIN. STMTS
42 - BOX - MISC PROJ FILES
43 - BOX - MISC PROJ. FILES
44 - BOX - VIDEOS
45 - BOX - VIDEOS, PHOTOS
46 - CABINET 1
47 - CABINET 2
48 - CABINET 4
49 - CABINET 5
50 - CABINET 6
51 - FILE CABINET

Received By: ____________________ (Signature)

Received From: ____________________ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-92100

On (date) SEPTEMBER 18, 2006

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)

(Street Address) 17300 W. 10 MILE RD

(City) SOUTHFIELD, MICHIGAN

Description of Item(s): 52- FILE CABINET
53- FILE CABINET (DONATIONS)
54- BOX - ADOPTION RECORDS
55- BOX - MISC PROJ FILES
56- BOX - CRED. CARD RECEIPTS
57- BOX - CRED. CARD FIN. RECS
58- BOX - ADOPTION RECS
59- BOX - MISC. PROJECT FILES
60- BOX - MISC. FINAN. DATA
61- BOX - BROCHURES, FLYER
62- BOX - PAYROLL RECORDS

Received By: ____________________ (Signature)

Received From: ____________________ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-92100

On (date) September 18, 2006

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 17300 W. 10 MILE RD

(City) SOUTHFIELD, MICHIGAN

Description of Item(s): #63 1 Box Misc. Project files
64 - 1 Box Project files
65 - 1 Box Project files
66 - 1 Box Payroll + Donor receipts
67 - 1 Box Misc project files
68 - 1 Box Project files
69 - 1 Box financial graphs
70 - Box files from Cabinet 6
71 - Box files Cab 5 + 4
72 - Box file Cabinet 4
73 - Box Financial CD
74 - Box financial Docs
75 - Bag CD Roms
76 - Bag CD Roms
77 - Bag CD Roms Video
78 - Bag Cash + Checks
79 - Bag Checks
80 - Box tax info Docs
81 - Box Misc Donor files
82 - Box Financial Docs

Received By: ______________________ (Signature)

Received From: ______________________ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-92100

On (date) September 18, 2006

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)

(Street Address) 17300 W. 10 MILE RD

(City) SOUTHFIELD, MICHIGAN

Description of Item(s): 83 Box fundraising Docs
84 - Envelope Docs fair Charities
85 Bag Hard drive
86 Bag Hard drive
87 Bage CD's
88 Bag Video's / CDs
89 - ~~Bag~~ Box Misc Media
90 ~~Bag~~ Box floppy Disks Media
91 Box Media
92 Box Media
93 Box Hard Drive & Media
94 Box Donor List
95 Box User Guides
96 Box financial Docs
97 Hard Drive
98 Laptop
99 Mac laptop
100 Computer
101 Computer Tower
102 Computer Tower

Received By: ______________ (Signature)    Received From: ______________ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-92100

On (date) September 18, 2006

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 17300 W. 10 Mile Rd

(City) Southfield MI

Description of Item(s): 103 Box valuables
104 - Box LRD Envelopes
105 - Box LRD Envelopes
106 - Box Shelf One
107 - Box Shelf one
108 - Box Shelf one
109 - Box LRD Envelopes
110 - Box Shelf one
111 - Box Shelf one
112 - Box Shelf one
113 - Box Shelf one
114 - Box Shelf 2
115 - Box Shelf 2
116 - Box Shelf 2
117 - Box Shelf 2
118 - Box Shelf 2
119 - Box Shelf 2
120 - Box Shelf 2
121 - Plastic Box 2005 Taxes
122 - Bag, Box Audits

Received By: ______________ (Signature)

Received From: ______________ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-92100

On (date) SEPTEMBER 18, 2006

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name)

(Street Address) 17300 WEST 10 MILE ROAD

(City) SOUTHFIELD, MI

Description of Item(s): #123 - 1 BOX - OLD CHECKS · TAX RETURN
#124 - 1 BOX - SHELF 2
#125 - 1 BOX - SHELF 2
#126 - 1 ZIPLOC BAG - SHELF #3
#127 - 1 BOX - FINANCIAL DOCS
#128 - 1 BOX - FINANCIAL DOCS
#129 - 1 BOX - FINANCIAL DOCS/CDS
#130 - 1 BOX - LIFE DOCS
#131 - 1 ZIPLOC BAG - FINACIAL DOCS
#132 - CHECKS - TABLE 1
#133 CHECKS & MISC DOCS
#134 1 BAG - PAYROLL INFO
#135 1 BOX - MISC DOCS & CDS
#136 1 BOX - MISC DOCS & CDS
#137 1 BOX - CORR / DIARY / AMERA
#138 - 1 BOX - MISC PROPOSALS
#139 - 1 BAG - THUMB DRIVE / CELL PHONE
#140 - 1 BAG - PHONE CARDS
#141 - CURRENCY - $ 759.00
#142 - CURRENCY - FOREIGN

Received By: ______________ (Signature)   Received From: ______________ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-92100

On (date) SEPTEMBER 18, 2006

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name)

(Street Address) 17300 W. 10 MILE RD.

(City) SOUTHFIELD, MICHIGAN

Description of Item(s): 143- JEWELRY DONATIONS
144- BLANK CHECKS
145- BAG - LOGS, SHEETS
146 - BAG - DONATION RECEIPTS, PAPERWORK
147 - BOX - BINDERS DOCS
148 - BOX - NOTE BOOKS FILES
149 - BAG - BOOK OF CHECKS
150 - BAG - CHECKS TO "AMER MEDICAL SECURITY"
151 - Box Notepads
152 - Box financial Docs
153 - Box Misc. Corresp
154 - Box Misc finance CD
155 - Box Misc finance
156 - Check Registers Videos
157 - Bag Credit Card Check ledgers
158 - C CD's floppy Disk
159 - Box financial Docs
160 - Box Donation Info
161 - Box Misc Docs
162 - Box Videos

Received By: ______________________ (Signature)

Received From: ______________________ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-92100

On (date) September 18, 2006

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name)

(Street Address) 17300 West 10 Mile

(City) Southfield MI

Description of Item(s): 163 - Box Misc Docs
164 - Bag CD Floppies
165 - Bag CD DVD's
166 - Mac laptop
167 - Server 1
168 - Server 2
169 - Server 3
170 - Server 4
171 - Server 5
172 - Server 6
173 - Miscellaneous Documents
174 - Payroll Documents
175 - Payroll Documents
176 Miscellaneous Donation Documents
177 Miscellaneous Donation Papers
178 Computer Disks, Videos
179 Meeting Notes
180 Donation Forms
181 CDs, Floppies
182 Notepad

Received By: ______________________ (Signature)

Received From: ______________________ (Signature)