6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

NANCY G. EDMUNDS

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

26300 Telegraph Road, 2nd Floor, Southfield, Michigan 48034

## SEARCH WARRANT

CASE NUMBER: 06X50861 D

TO: Any Authorized Officer of the United States

Affidavit(s) having been made before me by F.B.I. Special Agent Fredric Sandler who has reason to believe that
❑ on the person of or ❑ on the property or premises known as (name, description and/or location):

**SEE ATTACHMENT "A"**

in the Eastern District of Michigan, Southern Division, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "B"**

FILED SEP 20 2006

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before September 25, 2006 (not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Donald A. Scheer, United States Magistrate Judge, as required by law.

September 15, 2006 at 1:59pm
Date/Time Issued

at Detroit, Michigan

**Honorable DONALD A. SCHEER**
**United States Magistrate Judge**

[signature]
**Signature of Judicial Officer**

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9-15-06 | 9-18-06 0900 | TAMER AFR |

INVENTORY MADE IN THE PRESENCE OF SA ANGELA BRONSON, SA CHRIS PETERSON

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

☑ INVENTORY ATTACHED

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Thomas Reali

Subscribed, sworn to, and returned before me this date.

[signature]

9/20/06

Date

## ATTACHMENT "A"

## DESCRIPTION OF PREMISES TO BE SEARCHED

26300 Telegraph Road, 2nd Floor, Southfield, Michigan (the "Subject Premises") is in a white concrete, two story commercial building. The building contains several businesses. The Subject Premises is located in a suite on the second floor. The Subject Premises contains several rooms, including a reception area and conference room. The marquee of the building lists A&A Management. The name A&A Management appears on glass doors that serve as an entrance to the Subject Premises.

ATTACHMENT "B"

DESCRIPTION OF ITEMS TO BE SEIZED

For the period January 1, 1995 through the present:

1. Books, receipts, bank statements and records, deposit slips, withdrawal slips and canceled checks for any and all accounts of Life for Relief and Development ("LRD"), including all funds on deposit such as certificates of deposit, money market accounts, negotiable order of withdrawal accounts, ATM/debit cards, code numbers or related records of deposits and withdrawals, bank bags, and bank safety deposit box records and keys;

2. Books, records, receipts, bank statements and records, money drafts, letters of credit, money orders and cashiers' checks (and receipts for same) and bank checks, passbooks, wire transfers and other items evidencing the obtaining, secreting, transfer and/or concealment of assets, and the obtaining, secreting, transfer, concealment and/or expenditure of money by LRD;

3. Documents showing the receipt or disbursement by LRD of cash, cashiers' checks, or other negotiable instruments, including receipts, notes, bank statements, cancelled checks, wire transfer records, passbooks, currency, money drafts, letters of credit, money orders and cashiers' checks and receipts, invoices, safe deposit box keys, and records of commercial storage, locker keys and corresponding records;

4. All documents, records, and correspondence related to fund-raising activity conducted by Life for Relief and Development ("LRD"), including schedules of events and fund-raisers, DVDs, videotapes, compact discs, audio recordings, documentation of expenses and income, expense reports, lists of donors, employment records of staff members and contract employees, and documentation related to the disposition of funds obtained through fund-raising activity;

5. All bank account statements, ledgers, lists, notes, e-mails, facsimiles, receipts, address books, personal diaries, credit card documents, correspondence and other documents and records related to the transfer of funds to Iraq by LRD;

6. All bank account statements, ledgers, lists, notes, e-mails, facsimiles, receipts, address books, personal diaries, credit card documents, correspondence and other documents and records related to the transfer of funds to Jordan by LRD;

7. All federal income tax returns, Forms 1023, 990 and W-2, and tax return information related to LRD;

DAB 9/15/06

8. All correspondence, supporting work papers, summary sheets, notes, e-mails, analyses used in the preparation of tax returns, and other documents and records related to income tax returns and tax return information related to LRD;

9. Computers or computer equipment including central processing units, circuit boards, external and internal drives, external and internal storage equipment or media, computer peripheral devices attached or unattached to the computer including computer monitors, printers, keyboards, modems or other physical devices which serve to transmit information to or receive information from a computer. computerized data storage devices, including data stored on hard disks or floppy disks, computer printers or computer programs, computer or data processing software or data, including: hard disks, floppy disks, CD-ROMs, Zip disks, modems and magnetic tapes which could contain or be used to transmit or store any of the foregoing records, documents, and materials;

10. Documents that serve the purpose of explaining the way the computer hardware, programs, and data are used, including manuals and passwords;

11. The terms "records," "documents," and "materials" include all of the foregoing items of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created or stored, including (but not limited to) the originals and all non-identical copies thereof, whether difference from the original by reason of any notation made on such copies or otherwise, any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form, (such as phonograph records, printing, or typing); any electrical, electronic, or magnetic form (such as tape recordings, cassettes, compact discs, or any information on an electronic or magnetic storage device, such as floppy diskettes, hard disks, backup tapes, CD-ROMs, optical discs, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or electronic notebooks, as well as printouts or readouts from any magnetic storage device).

Case 2:06-mc-50861-NGE ECF No. 9, PageID.42 Filed 09/20/06 Page 6 of 6

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 315E-DE-92100

On (date) SEPTEMBER 18, 2006

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) A&A MANAGEMENT
(Street Address) 26300 TELEGRAPH ROAD
(City) SOUTHFIELD, MI

Description of Item(s):

1. LEGAL SIZE GREEN FILE FOLDER ENTITLED "LIFE FOR RELIEF."
2. MISCELLANEOUS DOCUMENTS, YEAR 2001
3. CLIENT LIST JUNE, 2006 - ~~AUGUST~~ September, 2006
4. TAX RETURNS, 1997-2005
5. BALANCE SHEET & INCOME STATEMENT, 2002-2003
6. 1 Apple LAP TOP COMPUTER (TO BE RETURNED)

Received By: [signature] (Signature)

Received From: [signature] (Signature)